## CONSENT TO BECOME A PARTY PLAINTIFF
## UNDER THE FAIR LABOR STANDARDS ACT

Eduardo Cortez ("Plaintiff") submits this Written Consent to Become a Party Plaintiff in an Action under the Fair Labor Standards Act. Plaintiff consents to becoming a party plaintiff in an action against Defendants under the Fair Labor Standards Act, 29 U.S.C. 201, *et. seq.*, and state statutes because of Defendants' failure to pay overtime pay and wages.

Dated: 01-18-2008                           _____
                                             Eduardo Cortez