IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO CORTEZ, on behalf of himself and all others similarly situated, ) ) ) | Case No. 08 C 415 |
| Plaintiffs, ) ) | Judge John F. Grady |
| v. ) ) ) | |
| CALIFORNIA MUFFLERS & BRAKES, INC., ) and MAXIMILIANO CHAVEZ, ) FERNANDO CHAVEZ, and JESUS NUNEZ, ) individually, ) Defendants. ) | |

**NOTICE OF FILING**

**TO:**   **California Mufflers & Brakes, Inc.**
**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Jesus Nunez**
**5730 W. Cermark Road**
**Cicero, IL 60804**

**Fernando Chavez**
**8050 Ogden Avenue**
**Lyons, IL 60534**

Please take notice that on January 25, 2008 Plaintiff, Eduardo Cortez, by and through its attorneys Marty Denis of Barlow, Kobata & Denis, caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Angel Silba's Consent to Become a Party Plaintiff Under the Fair Labor Standards Act, a copy of which is attached hereto.

1

        Respectfully submitted,

Dated: January 25, 2008

s/ Marty Denis
Marty Denis
Bethany Hilbert
Jessica Butterfield
BARLOW, KOBATA & DENIS
525 W. Monroe Street, Suite 2360
Chicago, Illinois 60661
(312) 648-5570

*Attorneys for Plaintiff Eduardo Cortez, on behalf of himself and all others similarly situated*