# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 08 C 415

Eduardo Cortez, on behalf of himself and all others similarly situated

v.

California Mufflers & Brakes, Inc., and Maximiliano Chavez, Fernando Chavez, and Jesus Nunez, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eduardo Cortez, on behalf of himself and all other similarly situated

---

| | |
|---|---|
| **NAME (Type or print)** <br> Jessica Butterfield | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jessica Butterfield | |
| **FIRM** <br> Barlow, Kobata & Denis | |
| **STREET ADDRESS** <br> 525 W Monroe Street, Suite 2360 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60661 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6291440 | **TELEPHONE NUMBER** <br> 312-648-5570 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08 C 415

Eduardo Cortez, on behalf of himself and all others similarly situated

v.

California Mufflers & Brakes, Inc., and Maximiliano Chavez, Fernando Chavez, and Jesus Nunez, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eduardo Cortez, on behalf of himself and all other similarly situated

| |
|---|
| NAME (Type or print) <br> Jessica Butterfield |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jessica Butterfield |
| FIRM <br> Barlow, Kobata & Denis |
| STREET ADDRESS <br> 525 W Monroe Street, Suite 2360 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291440 | TELEPHONE NUMBER <br> 312-648-5570 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |