IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EDUARDO CORTEZ, on behalf of**  )<br>himself and all others similarly situated, )<br>) <br>**Plaintiffs,** ) <br>) <br>v. ) <br>) <br>) <br>**CALIFORNIA MUFFLERS & BRAKES, INC.,** ) <br>and **MAXIMILIANO CHAVEZ,** ) <br>**FERNANDO CHAVEZ,** and **JESUS NUNEZ,** ) <br>individually, ) <br>**Defendants.** ) | **Case No. 08 C 415**<br><br>**Judge John F. Grady**<br><br>**Magistrate Judge Keys**<br><br>**JURY TRIAL REQUESTED** |

## NOTICE OF FILING

**TO:**  California Mufflers & Brakes, Inc.
C/O Maximiliano Chavez
5059 S. California
Chicago, IL 60632

Maximiliano Chavez
5059 S. California
Chicago, IL 60632

Jesus Nunez
5730 W. Cermark Road
Cicero, IL 60804

Fernando Chavez
8050 Ogden Avenue
Lyons, IL 60534

Please take notice that on February 19, 2008, Plaintiff, Eduardo Cortez, on behalf of himself and all others similarly situated, by and through his attorneys, Barlow, Kobata & Denis, caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's First Amended Complaint, a copy of which is attached hereto.

Respectfully submitted,

Dated: February 19, 2008

s/ *Jessica Butterfield*_____
Marty Denis
Jessica Butterfield
BARLOW, KOBATA & DENIS
525 W. Monroe Street, Suite 2360
Chicago, Illinois 60661
(312) 648-5570

*Attorneys for Plaintiff Eduardo Cortez, on behalf of himself and all others similarly situated*

2

## CERTIFICATE OF SERVICE

I, Jessica Butterfield, an attorney, hereby certify that I caused Plaintiff's First Amended Complaint to be served on the parties listed below via U.S. Mail on this 19th day of February, 2008.

**California Mufflers & Brakes, Inc.**
**C/O Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Jesus Nunez**
**5730 W. Cermark Road**
**Cicero, IL 60804**

**Fernando Chavez**
**8050 Ogden Avenue**
**Lyons, IL 60534**

                                              ___*s/ Jessica Butterfield*_____
                                              Jessica Butterfield