AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eduardo Cortez, on behalf of himself and all others similarly situated

V.

California Mufflers & Brakes, and Maximiliano Chavez, Fernando Chavez, and Jesus Nunez, individually

CASE NUMBER: 08 C 415

ASSIGNED JUDGE: JUDGE GRADY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

California Muffler & Brakes
c/o Registered Agent
Maximiliano Chavez
1745 W 47th Street
Chicago, Illinois 60609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marty Denis
Barlow, Kobata & Denis
525 W Monroe Street, Suite 2360
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 18, 2008
Date

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

EDUARDO CORTEZ, ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

V                                                                  08   C 415

CALIFORNIA MUFFLERS & BRAKES, AND
MAXIMILIANO CHAVEZ, FERNANDO CHAVEZ, AND
JESUS NUNEZ, INDIVIDUALLY

## AFFIDAVIT AND PROOF OF SERVICE

1. MY NAME IS LE ROY CROSS LICENSE NUMBER 115000591, I AM A CITIZEN OF THE STATE OF ILLINOIS AND THE UNITED STATES OF AMERICA. I AM OVER THE AGE OF TWENTY-ONE AND NOT A PART OF THIS LAW SUIT.

2. **I CERTIFY THAT I SERVED THE SUMMONS AND COMPLAINT AS FOLLOWS:**

3. **I SERVED THE LEGAL DOCUMENTS ON** MAXIMILIANO CHEVEZ, REGISTERED AGENT ON SATURDAY, FEBRUARY 16, 2008 AT 5059 SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS AT 3:44 P.M BY LEAVING THE LEGAL DOCUMENTS WITH HIS WIFE MAGNOLIA ZEBEDA

4. MAGNOLIA ZEBEDA IS A FEMALE, HISPANIC APPROXIMATELY 35 YEARS OF AGE

### DECLARATION

UNDER THE PENALTY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE ILLINOIS CODE OF CIVIL PROCEDURE THE UNDERSIGNED CERTIFIES THAT THE STATEMENT SET FORTH IN THIS AFFIDAVIT AND PROOF OF SERVICE ARE TRUE AND CORRECT IN SUBSTANCE AND IN FACT.

_LeRoy Cross_
LE ROY CROSS
FEB. 19, 2008

_Brenda Weeks_
NOTARY
exp 10/2/10

OFFICIAL SEAL
BRENDA WEEKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/10