

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _FERNANDO CHAVEZ_
(Please print)

STREET ADDRESS: _5730 W CERMAK RD_

CITY/STATE/ZIP: _CICERO IL 60804_

PHONE NUMBER: _773 851-1553_

CASE NUMBER: _08 C 415_

_[signature]_
Signature

_2/21/08_
Date

FEB 2 2 2008
**FILED**
FEB 2 2 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT