

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **JESUS NUNEZ**
(Please print)

STREET ADDRESS: 5730 W CERMAK RD

CITY/STATE/ZIP: Cicero IL 60804

PHONE NUMBER: 773 851-1555

CASE NUMBER: 08 C 415

_____   2/21/08
Signature                 Date

FEB 2 2 2008

**FILED**

FEB 2 2 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT