FILED  MHN

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR - 5 2008
3-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EDUARDO CORTEZ ON BEHALF
OF HIMSELF AND OTHERS
SIMILARLY SITUATED

Case No 08 C415

JUDGE JOHN F. GRADY

MAGISTRATE JUDGE KEYS

Plaintiffs.

V.

CALIFORNIA MUFFLER AND BRAKES INC
AND MAXIMILIANO CHAVEZ
FERNANDO CHAVEZ AND JESUS NUNEZ

EDUARDO CORTEZ

## ANSWER TO COMPLAINT

1. Mr. Eduardo Cortez was hired as a person in chared of the shop because, he had no certification, and he had no tools so 've decided to hire him as a manager. And when he was hired he was told that was going to make the minimum wage. At that time was 4.75 we came to a decision to pay to a flat rate of 55.00 whether their was work or not.

2. NON OF THIS LABOR STANDARDS WHERE VIOLATED

3. I don't understand

4. He never came back to work since 1/18/2008 he is no longer an employee at California mufflers and brakes

5. Theirs is no complaint with any other employee with this matter.

6. California mufflers and brakes discount is independently owned the other locations 5059 S. California has different name is California mufflers and brakes. The location 8050 W. Ogden in Lyons, Illinois is California mufflers and tune-ups.

7. Maximiliano Chavez has nothing to do with this location.

8. I can prove that I was fair to my entire employee.

9. denied

10. I don't understand the question.

11. I don't understand the question.

12. There is an agreement with all my employees I pay them the minimum wage, but if there is nothing to do would pay them at the end of the week a flat rate.

13. I don't know in what way Mr. Cortez suffered because, they could talk on the phone all day they ate all day and they could go were ever they wish to go. I had so many complaints about Eduardo Cortez and Angel Silva from the person in charged of the office. They never listen to her she was ignored by Mr. Cortez and Mr. Silva. How can someone suffer so much when he broke all the rules and he took advantage of all confidence we deposit in him. He would use my business as a place to make his own business he would sell my own parts that I have in my inventory more then one time he was caught steeling from my shop. The last incident occurred on january17, 2008 when he took the keys of the shop from one of my employee key chain. I had to call brinks to change my business code and change the door knob. I have a recording were he admits he took the keys.

14. Eduardo Cortez was the one that controlled all the works performed at California mufflers and brakes.

15. Denied

16. Eduardo Cortez most of the time was handling work orders, ordering parts, picking up parts and giving out estimates to the costumers. Some people thought Eduardo Cortez was the owner of California Mufflers and Brakes because, he was the one that talked to the customers he didn't have time to do manual work.

17. I paid them the minimum wage, they were over paid.

18. Eduardo Cortez is the only employee complaining about this matter and Eduardo Cortez was calling all other ex employee to going him in this sued that he will guarantee about 30.000 dollar to each employee.

21. I have letters sing by past and present employee how never had and don't have any complaints.

25. Eduardo Cortez is no longer an employee at California mufflers and brakes he decided not to come back to work as of 1/18/08.

26. Eduardo Cortez never works in excess of 40 hours he would do what ever he wanted to do.

27. If I add all the hours he worked and deducts the lunch brake and all the other brakes he took during working hours he, only work less then 8 hours in one day.

28. Eduardo Cortez I repeat didn't not have time to do manual work or manual labor but, he did have time to talk on the phone all day if I could request a copy of his cellular statment to look

at all the calls he made and he receive during working hours I would be able to prove what he did all day in my business for the past 8 years.

29. There is nobody else but, Mr. Cortez complaining about this matter.

30. I pay more than what I so post to pay to my employees.

31. Denied

32. Denied

33. Denied

34. I pay my employee good and fair.

35. Denied

36. Denied

37. Denied

38. Denied

39. My entire past and present employee were paid a flat amount of 500.00 or more per week.

40. I dint violated any law.

41. Denied

42. Denied

43. Denied

44. I didn't fail to pay anybody nothing.

x _____
FERNANDO CHAVEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EDUARDO CORTEZ ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

**PLAINTIFF**

CASE NO. 08 C 415

**VS**

CALIFORNIA MUFFLER AND BRAKES INC AND MAXIMILIANO CHAVEZ FERNANDO CHAVEZ & JESUS NUNEZ

**DEFENDANT**

## PROOF OF SERVICE

TO: EDUARDO CORTEZ
5435 W 23rd PLACE
CICERO IL 60804

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 3 day of MARCH, 2008, I served a copy of this ANSWER TO COMPLAINT to each person whom it is directed by way of US MAIL CERTIFIED.

Name: FERNANDO CHAVEZ
Address: 5746 S MASSASOIT
City/Zip: CHICAGO  60638
Telephone: 773 851 15 53

SIGNATURE / CERTIFICATION

DATE: 3/5/08