**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

EDUARDO CORTEZ, ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

### V

### 08   C 415

CALIFORNIA MUFFLERS  & BRAKES, AND
MAXIMILIANO CHAVEZ, FERNANDO CHAVEZ, AND
JESUS NUNEZ, INDIVIDUALLY

## AFFIDAVIT AND PROOF OF SERVICE

1.   MY NAME IS LE ROY CROSS LICENSE NUMBER 115000591, I AM A CITIZEN OF THE STATE OF
     ILLINOIS AND THE UNITED STATES OF AMERICA. I AM OVER THE AGE OF TWENTY-ONE AND NOT A
     PART OF THIS LAW SUIT.

2   **I CERTIFY THAT I SERVED THE SUMMONS AND COMPLAINT AS FOLLOWS:**

3   **I SERVED THE LEGAL DOCUMENTS ON** JESUS NUNEZ  ON WEDNESDAY, JANUARY 23, 2008
     AT 5730 WEST CERMAK ROAD CICERO, ILLINOIS AT 3:48 P.M .BY LEAVING THE LEGAL
DOCUMENTS WITH HIS WIFE IRMA NUNEZ

4.   IRMA NUNEZ IS A FEMALE, HISPANIC APPROXIMATELY 35 YEARS OF AGE

### DECLARATION

UNDER THE PENALTY AS PROVIDED BY LAW PURSUANT TO SECTION 1-100 OF THE ILLINOIS
CODE OF CIVIL PROCEDURE THE UNDERSIGNED CERTIFIES THAT THE STATEMENT SET FORTH IN THIS AFFIDAVIT
AND PROOF OF SERVICE ARE TRUE AND CORRECT IN SUBSTANCE AND IN FACT.

LE ROY CROSS

OFFICIAL SEAL
BRENDA WEEKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/10

18 Feb 2008                    NOTARY
                   10/2/2010

**EXHIBIT B**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

EDUARDO CORTEZ, ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

V                                                                    08   C 415

CALIFORNIA MUFFLERS  & BRAKES, AND
MAXIMILIANO CHAVEZ, FERNANDO CHAVEZ, AND
JESUS NUNEZ, INDIVIDUALLY

## AFFIDAVIT AND PROOF OF SERVICE

1.   MY NAME IS LE ROY CROSS LICENSE NUMBER 115000591, I AM A CITIZEN OF THE STATE OF
     ILLINOIS AND THE UNITED STATES OF AMERICA. I AM OVER THE AGE OF TWENTY-ONE AND NOT A
     PART OF THIS LAW SUIT.

2    I CERTIFY THAT I SERVED THE SUMMONS AND COMPLAINT AS FOLLOWS:

3    I SERVED THE LEGAL DOCUMENTS ON FERNANDO CHAVEZ ON SATURDAY FEBRUARY 16,
     2008 AT 8050 OGDEN AVENUE, LYONS, ILLINOIS AT 2:11 P.M.

4.   FERNANDO CHAVEZ IS A MALE, HISPANIC APPROXIMATELY 45 YEARS OF AGE

## DECLARATION

UNDER THE PENALTY AS PROVIDED BY LAW PURSUANT TO SECTION 1-100 OF THE ILLINOIS
CODE OF CIVIL PROCEDURE THE UNDERSIGNED CERTIFIES THAT THE STATEMENT SET FORTH IN THIS AFFIDAVIT
AND PROOF OF SERVICE ARE TRUE AND CORRECT IN SUBSTANCE AND IN FACT.

_Le Roy Cross_
LE ROY CROSS

18 FEb 2008                                    NOTARY
                                               Ep 10/2/2010

OFFICIAL SEAL
BRENDA WEEKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/10

**EXHIBIT C**

AFFIDAVIT OF SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS


EDUARDO CORTEZ, ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED


V                                                           08    C 415


CALIFORNIA MUFFLERS  & BRAKES, AND
MAXIMILIANO CHAVEZ, FERNANDO CHAVEZ, AND
JESUS NUNEZ, INDIVIDUALLY


## AFFIDAVIT AND PROOF OF SERVICE


1.    MY NAME IS LE ROY CROSS LICENSE NUMBER 115000591, I AM A CITIZEN OF THE STATE OF
      ILLINOIS AND THE UNITED STATES OF AMERICA. I AM OVER THE AGE OF TWENTY-ONE AND NOT A
      PART OF THIS LAW SUIT.

2     **I CERTIFY THAT I SERVED THE SUMMONS AND COMPLAINT AS FOLLOWS:**


3     **I SERVED THE LEGAL DOCUMENTS ON** MAXIMILIANO CHEVEZ, REGISTERED AGENT ON SATURDAY,
      FEBRUARY 16, 2008 AT 5059 SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS AT 3:44 P.M
      BY LEAVING THE LEGAL DOCUMENTS WITH HIS WIFE MAGNOLIA ZEBEDA

4.    MAGNOLIA ZEBEDA  IS A FEMALE, HISPANIC APPROXIMATELY 35 YEARS OF AGE


### DECLARATION


UNDER THE PENALTY AS PROVIDED BY LAW PURSUANT TO SECTION 1-100 OF THE ILLINOIS
CODE OF CIVIL PROCEDURE THE UNDERSIGNED CERTIFIES THAT THE STATEMENT SET FORTH IN THIS AFFIDAVIT
AND PROOF OF SERVICE ARE TRUE AND CORRECT IN SUBSTANCE AND IN FACT.


LE ROY CROSS
F-EB. 19, 2008

NOTARY
EXP 10/2/10

OFFICIAL SEAL
BRENDA WEEKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/10

**EXHIBIT D**

AFFIDAVIT OF SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

EDUARDO CORTEZ, ON BEHALF OF HIMSELF
AND ALL SIMILARLY SITUATED..

V                                          08 C 415

CALIFORNIA MUFFLERS & BRAKES AND
MAXIMILIAN CHAVEZ, FERNANDO CHAVEZ, AND
JESUS NUNEZ INDIVIDUALLY

## AFFIDAVIT OF SERVICE

1.  MY NAME IS LE ROY CROSS, LICENSE NUMBER 115-00591. I AM A CITIZEN OF THE STATE OF ILLINOIS AND THE UNITED STATES OF AMERICA. OVER THE AGE OF TWENTY - ONE AND NOT A PARTY TO THIS LAW SUIT.

2.  I HEREBY CERTIFY THAT I SERVED THE SUMMONS IN A CIVIL CASE AS FOLLOWS:

3.  I SERVED THE LEGAL PAPERS ON CALIFORNIA MUFFLERS & BRAKES, AND MAXIMILIAN CHAVEZ, REGISTERED AGENT ON SATURDAY FEBRUARY 16, 2008 AT 5059 SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS AT 3:44 P.M. BY LEAVING THE SAME WITH MAGNOLIA ZEBEDA HIS WIFE PERSONALLY

4.  MS. MAGNOLIA IS A FEMALE HISPANIC

## DECLARATION

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO 735ILCS 5/1-109
I HEREBY CERTIFY THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT

_____
LE ROY CROSS

OFFICIAL SEAL NOTARY
BRENDA WEEKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/02/10