IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO CORTEZ, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>        Plaintiffs,   )<br>)<br>   v.   )<br>)<br>)<br>CALIFORNIA MUFFLERS & BRAKES, INC.,  )<br>and MAXIMILIANO CHAVEZ,   )<br>FERNANDO CHAVEZ, and JESUS NUNEZ,  )<br>individually,   )<br>        Defendants.   ) | Case No. 08 C 415<br><br>Judge John F. Grady<br><br>Magistrate Judge Keys<br><br>JURY TRIAL REQUESTED |

**NOTICE OF MOTION**

TO:  California Mufflers & Brakes, Inc.
C/O Maximiliano Chavez
5059 S. California
Chicago, IL 60632

Maximiliano Chavez
5059 S. California
Chicago, IL 60632

Jesus Nunez
5730 W. Cermak Road
Cicero, IL 60804

Fernando Chavez
5730 W. Cermak Road
Cicero, IL 60804

Please take notice that on April 2, 2008 at 11:00 a.m., counsel shall appear before the Honorable U.D. District Court Judge Grady, or any judge sitting in his stead, in Room 2201 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiff's Motion for

1

Default Judgment Against Defendants California Mufflers & Brakes, Inc., and Maximiliano Chavez, Fernando Chavez, and Jesus Nunez.

                                                Respectfully submitted,

Dated: March 18, 2008

                                                s/ *Jessica Butterfield*_____
                                                Marty Denis
                                                Jessica Butterfield
                                                BARLOW, KOBATA & DENIS
                                                525 W. Monroe Street, Suite 2360
                                                Chicago, Illinois 60661
                                                (312) 648-5570

                                                *Attorneys for Plaintiff Eduardo Cortez, on behalf of himself and all others similarly situated*

## CERTIFICATE OF SERVICE

I, Jessica Butterfield, an attorney, hereby certify that I caused Plaintiff's Motion for Default Judgment Against Defendants California Mufflers & Brakes, Inc., and Maximiliano Chavez, Fernando Chavez, and Jesus Nunez to be served on the parties listed below via U.S. Mail on this 18th day of March, 2008.

**California Mufflers & Brakes, Inc.**
**C/O Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Jesus Nunez**
**5730 W. Cermak Road**
**Cicero, IL 60804**

**Fernando Chavez**
**5730 W. Cermak Road**
**Cicero, IL 60804**


DATED: March 18, 2008                                    ___*s/ Jessica Butterfield*_____
                                                        Jessica Butterfield