# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 415 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Cortez vs. California Mufflers & Brake, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Hearing on plaintiff's motion for default judgment against defendants California Mufflers & Brake, Inc., Maximiliano Chavez, Fernando Chavez and Jesus Nunez is held. Said motion is denied. Status hearing set for 06/04/08 at 11:00 a.m. to set a trial date. Discovery to close 05/30/08. Oral motion by plaintiff for class certification is denied for the lack of numerosity.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|