# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDUARDO CORTEZ, on behalf of himself and all others similarly situated,  Plaintiffs,  v.  CALIFORNIA MUFFLERS AND BRAKES DISCOUNT, and MAXIMILIANO CHAVEZ, FERNANDO CHAVEZ, and JESUS NUNEZ, individually,  Defendants. | No. 08 C 415  Judge Grady Magistrate Judge Keys |

## NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND COUNTERCLAIMS INSTANTER AND FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

**PLEASE TAKE NOTICE** that on April 30, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendants' Motion for Leave to File their Answer to Plaintiff's First Amended Complaint and Counterclaims, Instanter, and for Extension of Time to Complete Discovery, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Grady, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 7th day of May, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Alejandro Caffarelli
Attorney for Defendants

Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Defendants' Motion for Leave to File their Answer to Plaintiff's First Amended Complaint and Counterclaims, Instanter, and for Extension of Time to Complete Discovery, to be served upon the parties listed below via the electronic filing system of the United States District Court for the Northern District of Illinois on April 30, 2008.

Martin K. Denis
Jessica Butterfield
Barlow Kobata & Denis
525 W. Monroe St., Suite 2360
Chicago, IL  60661


Courtesy copies delivered to the chambers of Judge Grady via hand delivery.


/s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601