IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO CORTEZ, on behalf of himself and all others similarly situated,  )<br>    )<br>    Plaintiffs,  )<br>    )<br>v.  )<br>    )<br>    )<br>CALIFORNIA MUFFLERS & BRAKES, INC., )<br>and MAXIMILIANO CHAVEZ, )<br>FERNANDO CHAVEZ, and JESUS NUNEZ, )<br>individually, )<br>    Defendants.  ) | Case No. 08 C 415<br><br>Judge John F. Grady |

## NOTICE OF FILING

**TO:**  **Alejandro Caffarelli**
**Bradley Manewith**
**Caffarelli & Siegel Ltd.**
**Two Prudential Plaza**
**180 North Stetson Ste. 3150**
**Chicago, IL  60601**

Please take notice that on May 6, 2008 Plaintiff, Eduardo Cortez, by and through its attorneys Marty Denis of Barlow, Kobata & Denis, caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, the Appearance of Bethany Hilbert, a copy of which is attached hereto.

Respectfully submitted,

Dated: May 6, 2008

s/ Bethany Hilbert_____
Marty Denis
Bethany Hilbert
BARLOW, KOBATA & DENIS
525 W. Monroe Street, Suite 2360
Chicago, Illinois 60661
(312) 648-5570

*Attorneys for Plaintiff Eduardo Cortez, on behalf of himself and all others similarly situated*

2

## CERTIFICATE OF SERVICE

I, Bethany Hilbert, an attorney, hereby certify that I caused the Appearance of Bethany Hilbert to be served on the parties listed below via U.S. Mail on the 25th day of January, 2008.

**Alejandro Caffarelli**
**Bradley Manewith**
**Caffarelli & Siegel Ltd.**
**Two Prudential Plaza**
**180 North Stetson Ste. 3150**
**Chicago, IL  60601**

   *s/ Bethany Hilbert*
Bethany Hilbert