**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDUARDO CORTEZ, on behalf of himself and all others similarly situated, )<br>)<br>)<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CALIFORNIA MUFFLERS & BRAKES, INC., )<br>and MAXIMILIANO CHAVEZ, )<br>FERNANDO CHAVEZ, and JESUS NUNEZ, )<br>individually, )<br>       Defendants. ) | Case No. 08 C 415<br><br>Judge John F. Grady |

**NOTICE OF FILING**

**TO:**    **California Mufflers & Brakes, Inc.
Maximiliano Chavez
5059 S. California
Chicago, IL 60632**

           **Maximiliano Chavez
5059 S. California
Chicago, IL 60632**

           **Jesus Nunez
5730 W. Cermark Road
Cicero, IL 60804**

           **Fernando Chavez
8050 Ogden Avenue
Lyons, IL 60534**

Please take notice that on January 25, 2008 Plaintiff, Eduardo Cortez, by and through its attorneys Marty Denis of Barlow, Kobata & Denis, caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Angel Silba's Consent to Become a Party Plaintiff Under the Fair Labor Standards Act, a copy of which is attached hereto.

1

Respectfully submitted,

Dated: January 25, 2008

s/ Marty Denis
Marty Denis
Bethany Hilbert
Jessica Butterfield
BARLOW, KOBATA & DENIS
525 W. Monroe Street, Suite 2360
Chicago, Illinois 60661
(312) 648-5570

*Attorneys for Plaintiff Eduardo Cortez, on behalf of himself and all others similarly situated*

2

## CERTIFICATE OF SERVICE

I, Marty Denis, an attorney, hereby certify that I caused Plaintiff's Notice of Filing Angel Silba's Consent to Become a Party Plaintiff Under the Fair Labor Standards Act to be served on the parties listed below via U.S. Mail on the 25th day of January, 2008.

**California Mufflers & Brakes, Inc.**
**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Maximiliano Chavez**
**5059 S. California**
**Chicago, IL 60632**

**Jesus Nunez**
**5730 W. Cermark Road**
**Cicero, IL 60804**

**Fernando Chavez**
**8050 Ogden Avenue**
**Lyons, IL 60534**

        ___*s/ Marty Denis*_____
        Marty Denis