## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 415 | **DATE** | May 21, 2008 |
| **CASE TITLE** | Cortez and Silva v. California Mufflers & Brake , Inc., et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held.  The parties have reached an agreement that both the claims and the counterclaims will be dismissed with prejudice, with no payment being made to any party by any other party. Costs and attorney's fees are also waived.  The parties hereby mutually agree to release each other from all claims and counterclaims arising out of, of which could arise out of, the subject matter of this action. Accordingly, this cause, including all claims and counterclaims, is hereby dismissed withe prejudice.  The court will retain jurisdiction of the case until June 18, 2008 so that, in the event there is any problem in regard to the settlement, the parties can bring it to the court's attention and the court can take appropriate action.

_____ [ For further details see text below.]

Docketing to mail notices.

:00

**STATEMENT**